UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

|  |  |
|---|---|
| MEGAN COMBATTI<br>and SUZANNE MUELLER,<br><br>Plaintiffs,<br><br>V.<br><br>THE AMERICAN RED CROSS,<br>and DOMINIC HERRERA,<br><br>Defendants. | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

## STIPULATION FOR DISMISSAL AND ORDER

Pursuant to F.R.C.P. 41, and in accordance with the General Release of All Claims signed by the plaintiffs, the parties, by and trough their attorneys, hereto stipulate and agree that the above-styled action shall be dismissed with prejudice. The District Court shall not retain jurisdiction over this action, this settlement and The American Red Cross and Dominic Herrera. Each party is to pay their own attorney fees and costs.

MEGAN COMBATTI
and SUZANNE MUELLER

_December 20, 2023_

Date

_Amelia W. Silver_

Amelia W. Silver, Esq.
Harding Mazzotti, LLP
5046 Main Street
Manchester Center, VT 05255

THE AMERICAN RED CROSS,
and DOMINIC HERRERA

*January 10, 2024*

Date

*Nicole Andreson*

Nicole Andreson, Esq.
Dinse
209 Battery, P.O. Box 988
Burlington, VT  05401